UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ELAINE M. CARON

    v.　　　　　　　　　　　　　　　　　　CA NO. 16-15 ML

FEDEX FREIGHT, INC.

## ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Sullivan on October 3, 2016 (Docket #24).  No objection has been filed.

The Court has reviewed the Report and Recommendation and concurs with the Magistrate Judge's conclusions.  Therefore, the Report and Recommendation is hereby adopted.  Defendant's Motion to Dismiss the Amended Complaint is DENIED.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Senior United States District Judge
November 3, 2016